# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Susan Spraker, | No. 23-cv-1235 (KMM/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Michael Segal, *Warden*, | |
| Respondent. | |

This matter is before the Court on the May 9, 2023 Report and Recommendation (R&R) of United States Magistrate Judge Dulce J. Foster, which recommends that Susan Spraker's habeas petition be denied. [Dkt. 3.] Ms. Spraker has not filed any objections to the R&R in the time period permitted, or otherwise.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, Judge Foster's R&R contains no error.

Accordingly, **IT IS HEREBY ORDERED** that the R&R [Dkt. 3] is **ACCEPTED**, the petition [Dkt. 1] is **DENIED**, and this action is **DISMISSED**.

**Let Judgment be entered accordingly.**

2

Date: August 18, 2023

          *s/Katherine Menendez*
Katherine Menendez
United States District Judge